STUART KAHN, Appellant, v. PARK SOUTH LIQUOR SHOP, INC., Respondent.—In an action by the indorsee of a promissory note, payable by its terms on March 1, 1952, it appears that the indorsee took the note by indorsement from the payee on May 17, 1955. The court, after trial without a jury, found that the note had been paid in full to the payee on April 1, 1955 as pleaded in a defense contained in the answer, and dismissed the complaint on the merits. The appeal is from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

WALTER KRZYNOWEK et al., Plaintiffs, v. JULIUS SCHWARZ et al., as Executors of WILLIAM FERNHOFF and Another, Deceased, Defendants. (Action No. 1.) JULIUS SCHWARZ et al., as Executors of WILLIAM FERNHOFF, Deceased, Appellants, v. WALTER KRZYNOWEK et al., Respondents. (Action No. 2.) JULIUS SCHWARZ et al., as Executors of TOLA T. FERNHOFF, Deceased, Appellants, v. WALTER KRZYNOWEK et al., Respondents. (Action No. 3.) OSCAR LEVEY, as Executor of FANNIE LEVEY, Deceased, Plaintiff, v. JULIUS SCHWARZ et al., as Executors of WILLIAM FERNHOFF, Deceased, et al., Defendants. (Action No. 4.) — In a consolidated action to recover damages for wrongful death and injury to person and property arising out of a collision between a passenger automobile and three automobile trucks on a public highway, the plaintiffs in Actions Nos. 2 and 3 appeal from an order denying their motion made pursuant to section 288 of the Civil Practice Act for an examination before trial, as witnesses, of three members of the New York State Police. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ., concur.

NORTH VILLAGE REALTY CORP., Appellant, v. IRENE KOMINOS et al., as Executors and Trustees under the Will of OLYMPIA PAPPAS, Deceased, Respondents.—In an action by a tenant to recover money deposited with the landlord as security under a lease, the appeal is from a judgment dismissing the complaint on the merits after trial by the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [3 Misc 2d 768.]